# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CLARENCE B. JOHNSON, a single man, and BRUCE'S RECYCLING, INC., a Washington Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>KITSAP COUNTY HEALTH DISTRICT, a Washington Municipal Corporation,<br><br>Defendants. | Case No. 09-05514-KLS<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties, by and through the undersigned counsel, stipulate and agree that all claims and causes of action asserted by plaintiffs Clarence B. Johnson and Bruce's Recycling, Inc. shall be dismissed with prejudice and without an award of costs or fees to any party.

Dated September _____, 2011.

EVANS, CRAVEN & LACKIE, P.S.

STIPULATION AND ORDER OF DISMISSAL : page 1

Evans, Craven & Lackie, P.S.
818 W. Riverside, Suite 250
Spokane, WA 99201-0910
(509) 455-5200; fax (509) 455-3632

By_____
CHRISTOPHER J. KERLEY, WSBA #16489
Attorneys for Defendant

Dated September _____, 2011.

J. KEISER & ASSOCIATES


By:_____
KATHRYN A. ELLIS, #14333
Chapter 7 Bankruptcy Trustee of the
Estate of Clarence Bruce Johnson, Bk.
No. 09-46449, Plaintiff

## **ORDER**

Based on the foregoing stipulation, it is hereby ORDERED that all claims and causes of action filed and asserted by Clarence B. Johnson and Bruce's Recycling, Inc. are hereby dismissed with prejudice and without an award of costs or fees to any party.

Dated this 15th day of September, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

Dated September _____, 2011.

EVANS, CRAVEN & LACKIE, P.S.


By_____
CHRISTOPHER J. KERLEY, WSBA #16489
Attorneys for Defendant


J. KEISER & ASSOCIATES


By:_____
KATHRYN A. ELLIS, #14333
Chapter 7 Bankruptcy Trustee of the
Estate of Clarence Bruce Johnson, Bk.
No. 09-46449, Plaintiff

STIPULATION AND ORDER OF DISMISSAL: page 3